**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**John DEFABRITIS, aka Jonathan
Defabritis, Defendant—
Appellant.**

**No. 01–50724.**

**D.C. No. CR–99–01101–JSL–01.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 12, 2004.*

Decided Jan. 15, 2004.

Miriam A. Krinsky, AUSA, Wendy O. Clendening, Aty., USLA—Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff-Appellee.

Judith Kahn, Mendocino, CA, for Defendant–Appellant.

Before BEEZER, HALL and SILVERMAN, Circuit Judges.

MEMORANDUM**

On October 29, 2003, the district court issued an order dismissing petitioner's indictment with prejudice. Because there is no longer a case or controversy, this ap-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

peal is dismissed as moot.  *See United States v. Mann,* 138 F.3d 758 (9th Cir. 1997) (order).

**DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R.App. P. 34(a)(2).  Accordingly, Boyce's motion for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.